No. 98–8685. PUTTMAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–8687. CONEO-GUERRERO ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 98–8688. COARDES *v.* CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 98–8692. WILLS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–8697. EDWARDS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–8707. JUNKMAN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–8709. UNDERWOOD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–8714. SPEIGHT *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–8718. SARGENT *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–8721. BAKER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–8722. ARRINGTON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–8723. KIM LONG KO *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 98–8725. TROWELL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–8729. POINDEXTER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.